FILED

AUG 3 1 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Plaintiff  Lowell Green # 005181622

SA23CA1108XR

V.                              Case No. _____

Defendant  Unknown Defendants

_____

please see attached complaint

~ FALSE IMPRISONMENT ~ Pg. 2 of 5

1. 19-10322 ( Subject-matter-Jurisdiction)
Cannot be ignored by judge

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

or Clerk, and illegal Conviction
Under "Color of State law" Cannot

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

be enforced by federal

August 24, 2023

Mr. Lowell Q. Green#518622
CID Connally Prison
899 FM 632
Kenedy, TX 78119-0000

Government (employee's),

Dear Mr. Green,

2. I am returning your petition, complaint or other papers for the
following reason(s):

3. We are unable to determine what relief you are seeking.  This
court can only grant relief through a proper motion in a pending
case.  If you have a case number, you must provide it on all
correspondence addressed to the court.

that Constitutes usurpation, trespas-
sing on the Sincerely, Case and

LYLE W. CAYCE, Clerk

Person without Congressional

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Enclosure(s) Authority, 18USC §401(1)(2012),

4. Lowell (DEQUINCY) Green V. Warden Jeffrey
Cato, Lorie Davis, Respondent, USDC
No. 3:18-CV-1459-M-BT (N.D. Tex. Dallas
Division) May 29, 2018 Challenging the
May 23, 1989 (Fundamentally
defective indictment, Grand

Page 1. See Other side.

Page 2 of 5

Jury. Dallas County, Texas 283rd District
Court of Dallas ~~Cou~~ County, Texas,
LOWELL DEQUINCY GREEN B/M DOB: 05/13/1965
3753 Bernal Drive Dallas, Texas 75212,
on or about March 23, 1989 did then and
there unlawfully

5. Knowingly and intentionally operate a
motor - propelled vehicle namely:
an automobile without the effective
consent of the owner Richard Elliott,
thereof, Cause no. F89-97009-H. Against
the Peace and Dignity of the State,

6. John Vance Dallas County Criminal District Attorney
                              and Heat
7.                  Foreman of the Grand Jury

8. Point of Error One . Fed. R. Crim.
Proc. Rule 52 (b) 3:18-cv-1454-M-BT
(Judge Barbara M.G. Lynn) Magistrate
Rebecca T. Rutherford, WR-82, 981-07
(Tex. Crim. App. Apr. 25, 2018)(Denied

Page 2.

Page 3 of 5

Without written Order #PDR NO. 0592-90

⑨. Green v. State, Tex. Crim. App. December
12, 1990 (Refused Petition for Discretionary Review,

⑩ Green v. State, 05-89-01170-CR (Fifth
Court of Appeals at Dallas June 11, 1990
Affirmed Cause no. F89-97008-HT. 283rd
District Court of Dallas County, Texas

⑪⑪ August 10, 1989 Jury Trial Judge
Jack Hampton - Presided, (erroneous
jury instruction) Constructive amend-
ment intentionally or knowingly
operate a motor-propelled vehicle,
namely: an automobile, without the
effective consent of Richard Elliott,
the Owner thereof, then you
will find the defendant guilty of
the offense of unauthorized use
of a motor-vehicle, as charged
in the indictment Cause Number

Page 3.



Lowell Green #518622
Connally unit
899 FM 632
Kenedy 917×78119

Special Mail

Flh CV Unit
OFFICE OF THE CLERK
600 S. Maestri Place #115
New Orleans, LA 70130

F89-9700B-HH. Unless you so find and believe from the evidence beyond a reasonable doubt or if you have a reasonable doubt thereof, you will acquit the defendant and say so by your verdict "not guilty".

(12) August 10, 1989. Foreman of the Jury Mary Jane Serris (Acquittal was Final) (Double Jeopardy) Attorney for the State D. Piskott and Attorney for the Defendant J. Whittier, Judge Jack Hampton (Never) had (Subject-Matter-Jurisdiction), cause no. F89-9700B-HH does not allege intentionally or knowingly operate a 1980 Light Blue Cadillac Automobile on or about May 23, 1989, does not allege the value of the Automobile, rendered Judge Jack Hampton (30) Years August

Page 4. see other side,

Page 5 of 5

10, 1989 (illegal) and (unauthorized), by law. Tex. Penal Code Ann. §31.07 Jury Trial Final Tex. Const. Art. 1, §10, (12) Fellow Citizens. Foreman of the Jury Mary Jane Servis. based on a Fundamental defective indictment Cause no. F89-97008-HA and Constructive amendment, and erroneous jury instruction the State of Texas V. Lowell DeQuincy Green Cause no. F89-97008-HT (TDC) Huntsville, Texas Diagnostic Unit Received August 28, 1989 Issued TDC No. 518622 (FALSE) Imprisonment (Attached) to this Judgment, illegal Appeal NO. 05-89-01170-Cr. illegal PDR-0592-90 (Unknown) Appellate Counsel,

13. Ex-parte Lowell DeQuincy Green. WR-89 981-07 (April 25, 2018) Records 3:18-cv-1459-M-BT (May 29, 2018) Violated the Const.

Page 5.

1 BUSS 51965 (RICO)

Page 1 of 14

1. Supreme Court of this United States of America (watching)

August 3, 2022

*U.S. COURT OF APPEALS RECEIVED AUG 24 2023 FIFTH CIRCUIT*

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

3 LOWELL Q. GREEN A.K.A. LOWELL DEQUINZY
GREEN (3755 Bernal Drive) Dallas, Texas
75212 May 23, 1989 FALSE IMPRI-
SONMENT. 283rd District Court
Dallas County, Texas, August 10, 1989
Cause NO. F89-97000JK. Tex. Penal
Code Ann. §31.07 (UUMV) 30 Years (VOID)

(4) TDC Rec'd August 28, 1989. 518622

(5) Treason V. 5:23-CV-0814-FB/B/Y
(Federal Judge) Treason 5:23-cv-107
(Aiding) State Govt. 23-50235
(5th Circuit) Treason on Lonzi +351

Page 1, see other side

Page 2 of VY

Connally Unit Law Library Jessica
Mendez, Stephen Brandley accepted
all the exhibits Lowell DEQUINCY
GREEN #518622 Indigent Postage
$2,000(plus) State Court Fee's
$900.00 (Nw57 Federal Court
Fees $2,1760.00 (IMPOSSIBLE)

(5) Green v. State, NO. 05-89-01170-CR
(Dallas Fifth Court of Appeals)
June 11, 1990 (Direct Appeal Affirmed,

(6) Green v. State, NO. 05-92-90.
(Tex. Crim. App. Dec 12 1990)
Petition for Discretionary
Refused Final Judgment. Must
follow the indictment
even as to the defendant's
name. Schult 2 v. State. 30

Page 2.

Page 3 of 14

Tex. 508 (1967)

## LEGAL CLAIM
## FALSE IMPRISONMENT

(1) Lowell DeQuincy Green, Article
11.07 Habeus Corpus, Writ
No. 82,981-07 (February 2010),
293rd District Court Dallas
County, Texas, Judge Lela, District
Attorney Faith Johnson, Post-Con-
viction Relief Rebecca Ott,
Jessica Brittany Dunn,

(8) Cynthia R. Garza (Conviction
Integrity Unit)(CIU) Cause no.
FB4-47009-H, unlawfully

(9)(10)(11) knowingly and intentionally operate
a motor-propelled vehicle
Page 3, see other side

Namely: an automobile, without
the affective Consent of
the owner Richard Elliott it hereof,
Against the Peace and Dignity
of the State. John Vance
was Dallas County Criminal District
Attorney. _____ Grant Heuter
Foreman of the Grand Jury.

(10) CONOSE RULE OF LAW,
Texas Penal Code Ann. §31.07 A person
must unlawfully
Intentionally or Knowingly. Tex.
Penal Code Ann. § 6.82(b),
Knowingly. McQueen v. State,
781 S. W. 2d 1004 (Tex. Crim. App.
1989) (Circumstances surr-
ounding his own conduct

Page 4.

Page 5 of 14

existance of which an accused must be aware. V.T.C.A: Penal Code Ann. §10.02(b) More-over, the State failed to allege 1980 Light Blue Cadillac Automobile, #4 which allegedly belong to the Owner Richard Elliott, Cause No. F89-47008-Htr, and failed to allege the value of the Automobile in the indictment, Standley v. State, 517 S.W.2d 539 (Tex. Crim. App. 1975) the State failed to specify the value of the Station Wagon converted, rendered the indict-

Page 5. See other side

Most fundamentally defective on it's Face, the trial court never had (subject-matter-jurisdiction) the judgment of conviction was void. 517 S.W. 538, 510, 541 (Tex. Crim. App. 1975). The indictment is clearly void ab initio as it fails to state an offense and would be subject to attack by a habeas corpus proceeding at any time.

(II.) Ex Parte Green, WK-82401-07 FBI-47008-HC As stated above the state of Texas Failed to allege (ALL) Prior Convictions. 1979 Juvenile

Page 6.

Page 7 of 14

unauthorized use of ~~the~~ a
Motor - propelled vehicle, namely:
an automobile; Punishment: Dallas
County Youth Village; The United
States Department of Justice,
Federal Bureau of Investigation,
Section Chief Scott A. Riggs,
Received Lowell Irving Green
Request for his FBI Criminal
Files/Texas Arrest Data, 28
G.F.R. §16.30 Act of Con-
gress, enforced by the
FBI (WR-82.981-07)
State employees and Tex.
Crim. App. April 25, 2018,
TREASON. Parole Board charge
May 23, 1989/ NO) revocation,
Morrissey V. Brewer, 408 US 471

Page 7. See other side

(1972). Tex. Penal Code § 1.02 (4) an

objective of penal code is "to

safeguard conduct that is

without guilt from condem-

nation as criminal"); TEX. CODE

Crim.-Proc. Article 1.03 (5)

( an object of Criminal

procedure code is to "ensure

a fair and impartial

trial"); Jimenez v. State, 32

S.W. 3d 233, 241 (Tex. Crim App.

2000) (McCormick, P.J. (con-

curring) (" due process of

law" ensure that a citizen

receives whatever the

Constitution and state

law the "law of the land"

provide; Morrissey, 40 BUS

Page 8.

Page 9 of 14

4 JTH (1972),

(2) DTE 82 991-0 Public Defender
J. Whittier Cause no. F-39-1 1009-IK,
Public Defender, treason, with
"unknown" Public Defender on Green
V. State, NO. 05-84-01170-CR
On record August 10, 1984,
Jury trial (Double Jeopardy)
Attached to "Vol." guilty
Lowell DEWINKY Green (TX057002)
Dallas County Sheriff's office,
Agency Case 36960216, FBI Case
B716849602312 NLN E-RS131200000027470l,

(3) Judge Jack Hampton (treason)
illegal (30) years without
lawful authority Judgment
Tex. Code Crim. Proc. Ann. arts.
42.0l § l. The written judgment

Page 4, see other side

(5:23-CV-107)(ALL) EXHIBITS clerk BT Deputy
will be charged by the FBI For
tampering with federal mail. 23-
50235 (5th Cir)(Same)(5:23-CV-0914)
(Judge Fred Briery)(Ignorance) of his
Constitutional Oath-of-Office is not
an excuse, there was no 42USC§1983
or 28USC§2254 submitted to the
clerk. The Grievance cannot be
a civil action. Tumey v. Ohio, 273
U.S. 510 (1927) (A biased Judge is
structural error requiring reversal
automatic) 208B (5:23-CV-00023)
(Judge Fred Briery) Want of
Consideration, Usurpation. See also
Green v. Western District Court San
Antonio (@ 5:23-CV-102) Clerk's and
Judges, Carlson v. Green. 446 U.S. 14-22
(1980) Violating the Constitution 23-,
438 (5th Cir), 5:23-CV-507 (Obstruction)
Page 10.

ALL CONSOLIDATED. 19-10322

FALSE

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

IMPRISONMENT

LYLE W. CAYCE
CLERK

LOWELL DEQUINCY GREEN

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

USDC

NO. 3:18-CV-1459    July 24, 2023    M-B Attached

May 23, 1989  SID-TX03036024

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

TDC NO.518622

Violating (6:14-CV-008

1994-659-L illegal 25 years Dor.

No. 23-50438    Green v. Albright
USDC No. 5:23-CV-507

07. 1994) 54th Dist. Court. WR-82,981-09

Dear Mr. Devlin,  (Alan D. Albright) Contempt, (6:14-CV-290)

Enclosed is a copy of the judgment issued as the mandate.

(2012-769-C) do too 6:15-CV-286) illegal life Sentence

WR-82,981-02    Sincerely,    16-50522 (Contempt)

LYLE W. CAYCE, Clerk

(2012-790-09 6:15-CV-366)    Melissa Mattingly illegal 25 years

WR-82,981-    By:    16-50978 (Contempt)
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc w/encl:
Mr. Lowell Quincy Green (6:16-CV-290) (illegal) 25

years (2012-791-C) WR-82,981-04. 18-50044

Contempt. "Nor shall any State deprive any person of life, liberty, or property, without due process of law". U.S. Const. Amend. XIV. (Stated) herein. I

Page 11.

hereby, Demand My Liberty As A
Right from Unlawful

# United States Court of Appeals
## for the Fifth Circuit restraint,

and I Demand Punitive

**A True Copy**
**Certified order issued Jul 24, 2023**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-50438

Damage, Attorney
Fees. Fed R. Civ. P. 9(g).

LOWELL QUINCY GREEN,

I, hereby, declare and verify under
Penalty of perjury that the foragoing
Information is True

*Plaintiff—Appellant,*

*versus*

JUDGE ALAN D. ALBRIGHT,

*Defendant—Appellee.* and

Correct.    Appeal from the United States District Court    28USC 81746,
for the Western District of Texas

Executed on    USDC No. 5:23-CV-507    August 30, 2023

CLERK'S OFFICE: *Lowell Q Greenee*

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 24, 2023,
for want of prosecution. The appellant failed to timely pay the docketing fee.

Lowell Q. Green #518622
Congress Make the laws, not the
Courts. the Shall file the
exact pleadings and not change
Numbers. 5:23-CV-01053,

Page D.

Case 5:23-cv-01108-XR    Document 1    Filed 08/31/23    Page 20 of 23
Case: 23-50438    Document: 00516830187    Page: 2    Date Filed: 07/24/2023

No. 23-50438

*Page 13 of 14*

( NO) Such 2BUSC § 2254 Petition
was Filed, the

Clerk VI ( Com

Fraud On the Court. Judge

Orlando

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly* (mitted)

By: _____
Melissa V. Mattingly, Deputy Clerk

*L. Garcia*

ENTERED AT THE DIRECTION OF THE COURT

paid no attention, Breach of his

official duty. ignorance. Tumey v. Ohio,

273 U.S. 510 (1927)(A biased Judge is

structural error requiring Reversal

automatic) (5:23-CV-2968 Green V. Josie

Torres. Mailroom Supervisor, Sgt. Motes,

Sgt. Hassett, Sgt. Fuentez, Capt. White

Roy F. White, retaliation see Number

Grievance NO. 2023082365, Attached

Signed Warden V. Davis (Defendant)

FALSE IMPRISONMENT (he) acknowledged

(6:23-CV-362) (2023-CV- 23-40591

(Josie A. Torres), Jan. 26, 2023) 42 USC §

9613(9)(2) Congress shall be understood

*Page 13. See other side.*

by all judges and clerk to mean
exactly what it has expressed,
United States Constitution Thirteenth
Amendment prohibits "involuntary
Servitude" and "debt peonage" in all
forms 18 U.S.C § 1581 (a) Chapter 77 = Peonage
and Slavery 23-40391, 23-50438, 23-50235
federal employees can be charge with
a RICO, 42USC § 1994 Chapter 21, be-
cause they created "false" (Strike 6) but
filing false pleadings and then
they placed a "Statute" before the
"Constitution" That is Treason. See Supreme
Court. Marbury v. Madison. 5 U.S.
137 (1803) Opinion. Chief Justice
Marshall said, First came the
"Constitution" Art. VI Supreme Law
of the Land, then "Statute".

HOLDING

END OF LITIGATION. Leaves Nothing
but release and redress. Lowell Jones
Aug. 29, 2023
Page 14.

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**

Offender Name: Lowell Green    TDCJ # 518622

Unit: Connally    Housing Assignment: 8L-31-B

Unit where incident occurred: Connally Unit 8K USB

**OFFICE USE ONLY**

Grievance #: 2023082365

Date Received: MAR 2 1 2023

Date Due: 04·30·2023

Grievance Code: 015

Investigator ID #: 1733

Extension Date: _____

Date Retd to Offender: AUG 15 2023

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Mates    When? 3/16/2023

What was their response? He was only doing what J.Torres told him to do.

What action was taken? I am submitting this grievance.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

PD-22 Rule 10 prohibit J.Torres from writing disciplinary/Case because she disagree with my preference of women.. She showed me her wedding ring.. And complimented the ring in a document... I stated that her ring was quality and she had a good man. And he too have a good woman.

I stated that I do'int like married women, hispanic women, or BLACK WOMEN, I like White women. See Document, J.Torres, Disciplinary," and the other (3) before that one," Issue:

I can say what I want to say. First Amendment" Freedom of speech. Moreover, mrs. J.Torris is hispanic, not white.. She must realize that I have "desire" NO desire for her, or any TDC employee. I am lock up," but not desperate." She do not excite me at all, in no form or fashion. She really need stop telling Bldg officers to take care of the Black inmate in 8 Bldg 51 cell. I feel

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

that by encouraging one of (these) officers to ~~kill~~ me, to (put) something in my food to harm me because I am black and every officer on 8 Bldg is hispanic and white, what does that mean? It mean Mrs. J. Torres has power! I was told by Sgt. Mates 3/16/2023 that he knew Mrs. J. Torres "personally" that's why he wrote the case for Mrs. J. Torres and that he will do harm to me, with Capt. White help!

**Action Requested to resolve your Complaint.** I request any and all appropriate, administrative action(s) necessary. Thank you.

**Offender Signature:** Lewell Green          **Date:** 3/16/2023

**Grievance Response:**

Your complaint has been reviewed. A Staff Investigation was conducted on your behalf. No evidence was found to support your allegations of staff threatening to harm you. No staff misconduct noted. No further action is warranted from this office.

Asst. Warden Davis

**Signature Authority:** _____          **Date:** 4/20/2_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *****Resubmit this form when the corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |